No. A–627. LIVIERI ET AL. v. UNITED STATES ET AL. Application for stay of execution and enforcement of judgment of the United States District Court for the District of Connecticut (Civil No. 15,741), presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–15. IN RE DISBARMENT OF SEVIN. Marshall Howard Sevin, of Century City, California, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause heretofore issued on October 23, 1973 [*ante,* p. 971], is hereby discharged.

No. 72–1035. CURTIS v. LOETHER ET AL. C. A. 7th Cir. [Certiorari granted, 412 U. S. 937.] Motion of petitioner to change name of petitioner from Julia Rogers to Julia Rogers Curtis granted.

No. 72–1570. DONNELLY v. DECHRISTOFORO. C. A. 1st Cir. [Certiorari granted, *ante,* p. 974.] Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted.

No. 72–1603. CARDWELL, WARDEN v. LEWIS. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1062.] Motion of respondent for appointment of counsel granted. It is ordered that Bruce A. Campbell, Esquire, of Columbus, Ohio, be, and he is hereby, appointed to serve as counsel for respondent in this case.